December 24, 2020

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar )<br><br>of )<br><br>Judge FERNANDO L. AENLLE-ROCHA ) | ORDER OF THE CHIEF JUDGE<br><br>**20-187** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fernando L. Aenlle-Rocha,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Philip S. Gutierrez to the calendar of Fernando L. Aenlle-Rocha:

| Case Number | Case Name |
|---|---|
| 2:17-cv-07887-PSG-KSx | Council on American-Islamic Relations-CA et al v. Federal Emergency Management Agency et al |
| 2:19-cv-05821-PSG-MAAx | Michael Watkins et al v. Woodridge Productions, Inc. et al |
| 2:19-cv-06265-PSG-JEMx | Elizabeth Touran Sedigh v. Mercedes-Benz USA, LLC et al |
| 2:19-cv-07938-PSG-AGRx | Financial Pacific Insurance Company v. United States Fire Insurance Company, et al |
| 2:19-cv-08319-PSG-JEMx | Kevin Walls v. Kiewit Corporation |
| 2:19-cv-10799-PSG-MAAx | Charlotte Greene et al v. Garfield Beach CVS L.L.C. |
| 2:19-cv-10835-PSG-MRWx | Luis Marquez v. Su Yeon Oh et al |
| 2:20-cv-05185-PSG-SKx | Rafael Arroyo, Jr. v. Alpha Beta Company et al |
| 2:20-cv-08303-PSG-AGRx | Rashina Daniel et al v. Los Angeles County et al |
| 8:20-cv-01121-PSG-KESx | Brian Whitaker v. Darren Edward Esslinger et al |

    On all documents subsequently filed in the case, please substitute the Judge initials FLA after the case number in place of the initials of the prior Judge.

DATED: December 24, 2020

_____
Chief Judge Philip S. Gutierrez